IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ LOMELI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.  1:15-cv-00347-JHH-TMP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On March 31, 2015, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief be dismissed for want of jurisdiction.  To date, no objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be ADOPTED, and the recommendation ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED for want of jurisdiction.  An order of final judgment will be entered contemporaneously herewith.

**DONE** this the 22nd  day of April, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE